# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MARK R. DURHAM                                    Case Number: 08-72830
P.O. BOX 281                        SSN-xxx-xx-1334
BELVIDERE, IL  61008

Case filed on:           9/2/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,230.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 998 | MARK R. DURHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ROCK VALLEY FEDERAL CREDIT UNION | 6,400.00 | 6,400.00 | 229.32 | 183.51 |
| 004 | ROCK VALLEY FEDERAL CREDIT UNION | 11,600.00 | 11,600.00 | 390.68 | 331.78 |
|  | Total Secured | 18,000.00 | 18,000.00 | 620.00 | 515.29 |
| 005 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMCORE BANK NA | 629.78 | 629.78 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 905.86 | 905.86 | 0.00 | 0.00 |
| 008 | JANNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,043.30 | 1,043.30 | 0.00 | 0.00 |
| 013 | AFNI/VERIZON | 439.16 | 439.16 | 0.00 | 0.00 |
| 014 | NICOR GAS | 1,753.98 | 1,753.98 | 0.00 | 0.00 |
| 015 | CHECK IT | 84.00 | 84.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,856.08 | 4,856.08 | 0.00 | 0.00 |
|  | Grand Total: | 26,356.08 | 26,356.08 | 620.00 | 515.29 |

Total Paid Claimant:        $1,135.29
Trustee Allowance:          $94.71          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan